STATE OF NEW JERSEY v. RODERICK DARBY.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE M. MINNICK.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL STEWART.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS CORUM.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT CAROSELLI.

June 23, 1987.

Petition for certification denied.